# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0198. HAYDE FAULKNER v. UNIHEALTH POSTACUTE CARE/ATHENS HERITAGE HOME, INC. ET AL.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, January 15, 2016*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*